IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TABEUS ROBINSON, | ) |
|    Petitioner, | ) ) ) |
| v. | ) ) CASE NO. 2:22-CV-276-WHA-JTA ) (WO) |
| JOHN SHEARON, et al., | ) ) |
|    Respondents. | ) |

## ORDER

On August 1, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Doc. 15. Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. 15) is ADOPTED;

2. Respondents' Motion to Dismiss (Doc. 14) is GRANTED; and

3. This case is DISMISSED.

A final judgment will be entered separately.

DONE this 24th day of August, 2022.

     /s/   W. Harold Albritton
     W. HAROLD ALBRITTON
     SENIOR UNITED STATES DISTRICT JUDGE